SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 30, 2014

**BY ECF**

Hon. George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

      RE: *Residential Funding Co., LLC v. UBS Real Estate Securities, Inc.*, 14-cv-3039 (GBD)

Dear Judge Daniels:

  We write on behalf of Defendant UBS Real Estate Securities Inc. ("UBS RESI") in the above-referenced action. On July 21, 2014, we informed the Court of the recent decision by Judge Hellerstein in *ResCap Liquidating Trust v. RBC Mortgage Company*, No. 1:14-cv-04457(AKH) (S.D.N.Y. July 18, 2014), granting the defendant's motion to withdraw the reference to the Bankruptcy Court of a substantially similar action brought by Plaintiff. *See* ECF No. 15. Plaintiff subsequently filed a motion before Judge Hellerstein to "stay [the] decision to withdraw the reference and reconsider that decision upon the issuance of Bankruptcy Judge Glenn's pending opinion on related issues." Exhibit A at 1. Yesterday, Judge Hellerstein denied the motion, holding that "Judge Glenn's pending decision does not directly affect this case nor would it provide controlling precedent," and thus "[t]he request for a stay so that Plaintiff may decide whether or not to file a motion to reconsider is unwarranted." *Id.*

                Respectfully submitted,

                Robert A. Fumerton

cc: All counsel (by email)

# EXHIBIT A

Case 1:14-cv-03039-GBD Document 16 Filed 07/30/14 Page 3 of 4
Case 1:14-cv-04457-AKH Document 14 Filed 07/29/14 Page 1 of 2
Case 1:14-cv-04457-AKH Document 11 Filed 07/25/14 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING CO., LLC,

Plaintiff,

- against -

RBC MORTGAGE COMPANY,

Defendant.

Case No. 1:14-cv-4457-AKH

> The request for a stay is denied. Plaintiff has not made the required showing of "clear hardship or inequity in being required to go forward." Export-Import Bank of U.S. v. Hi-Films S.A. de C.V., 2010 WL 3743826 (SDNY Sept. 24, 2010). Judge Glenn's pending decision does not directly affect this case nor would it provide controlling precedent. The request for a stay so that plaintiff may decide whether or not to file a motion to reconsider is unwarranted.
>
> /s/ 7-29-14

**NOTICE OF MOTION REQUESTING A STAY OF THE COURT'S DECISION TO WITHDRAW THE REFERENCE AND RECONSIDERATION OF THAT DECISION UPON THE ISSUANCE OF BANKRUPTCY JUDGE GLENN'S PENDING OPINION ON RELATED ISSUES**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated July 25, 2014, Plaintiff Residential Funding Company, LLC, respectfully moves this Court, before the Honorable Alvin Hellerstein, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, to stay its decision to withdraw the reference and reconsider that decision upon the issuance of Bankruptcy Judge Glenn's pending opinion on related issues.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/14
```

Case 1:14-cv-03039-GBD   Document 16   Filed 07/30/14   Page 4 of 4
Case 1:14-cv-04457-AKH   Document 14   Filed 07/29/14   Page 2 of 2

Case 1:14-cv-04457-AKH   Document 11   Filed 07/25/14   Page 2 of 2

Dated: July 25, 2014

                        QUINN EMANUEL URQUHART
                          & SULLIVAN, LLP

                        BY:   /s/ Peter E. Calamari
                        Peter E. Calamari
                        Isaac Nesser
                        QUINN EMANUEL URQUHART &
                        SULLIVAN, LLP
                        51 Madison Avenue, 22nd Floor
                        New York, New York  10010
                        Telephone:  (212) 849-7000
                        Facsimile:  (212) 849-7100
                        petercalamari@quinnemanuel.com
                        isaacnesser@quinnemanuel.com

                        *Attorneys For Plaintiff Residential*
                        *Funding Company, LLC*